IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

ALBANY DIVISION

| | |
|---|---|
| TIERRA JONES, an individual | CASE NO: 1:23-CV-220 |
| Plaintiff | COMPLAINT FOR: |
| v. | 1) Harassment |
| Phoebe Putney Memorial Hospital | 2) Discrimination |
| Defendant. | 3) Failure to Prevent Harassment and Discrimination |
| | 4) Retaliation |
| COMPLAINT | (Jury Trail Demanded) |

Plaintiff Tierra Jones, by and through her undersigned counsel, brings this action against Defendant Phoebe Putney Memorial Hospital ("the Hospital") for discrimination and harassment on the basis of sex, sexual orientation, race, and age, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 et seq. ("ADEA"), and the Georgia Fair Employment Practices Act, O.C.G.A. § 45-19-20 et seq. ("GFEPA"). Plaintiff alleges as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343, and 28 U.S.C. § 1367.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c), as the Hospital is located and does business in this judicial district, and the events giving rise to this action occurred in this judicial district.

PARTIES

3. Plaintiff Tierra Jones is a female citizen of the United States and who at all times mentioned in this complaint, resided in the state of Georgia. She identifies as a bisexual, belongs to the African American race, and is a Registered Respiratory Therapist.

4. Defendant Phoebe Putney Memorial Hospital is a Georgia corporation that operates a hospital and other health care facilities in Albany, Georgia. The Hospital is an employer within the meaning of Title VII, the ADEA, and the GFEPA, and has more than 15 employees.

FACTUAL ALLEGATIONS

5. Plaintiff took a travel assignment at Phoebe Putney Memorial Hospital from 12/12/2022 to 04/08/2022, located at 417 W 3rd Avenue, Albany, GA 31702.

6. On 12/12/2022, Plaintiff informed HR Manager Bruce Mattos and Respiratory Director Cheryl Leveritt during her first day of orientation that if anyone contacts the hospital posing as her representative, they should notify her and call the police. Plaintiff also provided Senator Jon Ossoff's assistant Neal VanMarter contact information and informed Mattos and Leveritt they may also give VanMarter a call for additional information or report these individuals if they entered the hospital. Despite these instructions, Mattos and Leveritt ignored the instructions and allowed these individuals entered the hospital and harassed Plaintiff.

7. Since November 2020, Plaintiff's former boss Joseph Viduya, an FBI agent and Respiratory Director at Kaiser Permanente, has stalked and harassed the plaintiff. Viduya engaged in sexual harassment during her time at Kaiser in October 2020. Viduya, along with a group posing as monitors and representatives, presented phony medical documents to Phoebe claiming Plaintiff's is "certified mental incompetent" and they had the right to monitor the plaintiff at her place of employment without warrants. Despite multiple police reports and involvement of the Georgia Medical Board and FBI Atlanta office, Viduya's harassment persisted at subsequent places of employment.

8. Once cleared from orientation, Plaintiff faced verbal abuse, derogatory names such as "Dog," "Old Lady," and "Dyke." Distressing rumors circulated about a nude picture of her within the hospital. Information leaks of plaintiff personal information were released to hospital staff and an unfair allocation of heavy workloads persisted despite reporting to supervisors and RT Director Cheryl Leverett.

9. On 12/26/2022, Plaintiff raised concerns about limited access to medication pyxis, Istat machine, and medication room doors to RT Jennifer White and supervisors. No immediate action was taken, hindering Plaintiff's workflow the limited access persisted well into January.

10. On 12/28/2022, during a meeting, RT Supervisor Emma Mimms accused Plaintiff of not applying a nebulizer billing charge for one patient. Plaintiff highlighted other RTs with the same error but the Plaintiff was the only person single out and called into an in person meeting 1 hour early at the start of her shift. Plaintiff followed up with Emma via email.

11. In December 2022, RT Quin'Neisha Seay followed Plaintiff around the floor without request. Seay expressed discomfort leaving Plaintiff with patients, undermining Plaintiff's expertise and creating a distressing work environment.

12. On 1/04/2023, Plaintiff filed a police report with the Albany Police Department after a coworker showed a nude photo of her allegedly taken from a hidden camera in the bathroom. Plaintiff faced rude comments and hostility.

13. On 1/17/2023, Plaintiff sent a follow-up email to HR representative Cassandra Washington regarding the hostile work environment.

14. On 2/28/2023, Plaintiff communicated with Cheryl Leverett via email, raising concerns about heavy work assignments, expressing her belief of discrimination, and highlighting unprofessional treatment.

15. From February 2023 to April 2023, Plaintiff endured ongoing harassment within the RT breakroom and mistreatment from multiple RT department members, including RT Pamela Floyd, Carlton Clark, and Sharday Walden. Mistreatment extended to nursing staff, creating a hostile work environment.

16. In March 2023, Plaintiff had an in-person meeting with Cheryl Leverett, addressing the ongoing hostile work environment and mistreatment. Cheryl denied the issues, showing a lack of empathy or concern.

17. On 3/1/2023, Plaintiff's scheduled shift was canceled without a makeup shift, violating her employment contract. Unequal treatment was observed when another RT was offered overtime hours during the same week.

18. On 3/21/2023, Plaintiff's request to cancel a shift and make up hours within the same week was refused by RT Supervisor Emma Mims, resulting in a violation of contractual rights and unequal treatment compared to other colleagues.

19. On 3/30/2023, Plaintiff filed a complaint with the Ethics Points Complaint Hotline (Navex).

20. On 4/4/2023, Plaintiff reported a shift patient abandonment incident to HR representative Anthony Lewis. RT Sharday Walden did not Plaintiff with shift report or patient medication for 8th. Plaintiff reported this incident to RT Supervisor Scott Braun. Braun and plaintiff attempted to locate Walden and the patient's medication but were unable to find her or the patient medications, even after conducting a thorough search of each patient's room together and throughout the RT department including omnicell.

21. On 4/5/2023, during an HR meeting with Brenda Johnson and the Corporate HR Director, Plaintiff's complaint was not addressed, her questions were declined, and the phone call was abruptly disconnected, leaving the issue unresolved.

22. On 4/6/2023, Plaintiff's last day, she faced sabotage and a heavy workload. RT Carlton Clark refused to accept patient medication after shift report, and RT Supervisor Shavakia yelled at Plaintiff, creating further distress. Plaintiff was called a racial slur during her last round.

23. Plaintiff believes that these events constitute mistreatment, harassment, and a hostile work environment.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court grant the following relief:

1. Declare that the Defendant's actions violate Title VII, the ADEA, and the GFEPA.

2. Award Plaintiff compensatory and punitive damages for emotional distress, mental anguish, humiliation, and damage to her reputation and career.

3. Issue an injunction to prevent further discrimination and harassment against Plaintiff.

4. Award Plaintiff reasonable attorney's fees and costs.

5. Grant such other and further relief as the Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury on all claims so triable.

Respectfully submitted,

Tierra Jones

*[signature]*

*[signature]* 12-12-23

MOSES GANTZ
Notary Public, State of New York
No. 01GA6320998
Qualified in Kings County
Commission Expires March 16, 2027