IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TIERRA JONES, | * |
| Plaintiff, | * |
| v. | Case No.   1:23-CV-220 (LAG) |
| | * |
| | * |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, | |
| Defendant, | |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of July, 2024.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk